# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES R. RASNAKE & CONNIE S. RASNAKE  Case Number: 04-73878
104 AUTUMN GLEN DR. APT. 201  SSN-xxx-xx-8220 & xxx-xx-1955
HARVARD, IL  60033

Case filed on: 8/3/2004
Plan Confirmed on: 10/18/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,379.44     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 204 | THE BRICE LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES R. RASNAKE | 0.00 | 0.00 | 577.91 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 577.91 | 0.00 |
| 001 | CASTLE BANK | 4,685.65 | 0.00 | 0.00 | 0.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 8,166.85 | 8,166.85 | 8,166.85 | 0.00 |
| 003 | HARVARD COMMUNITY CREDIT UNION | 500.00 | 500.00 | 500.00 | 54.29 |
| 004 | WASHINGTON MUTUAL | 5,367.55 | 1,401.85 | 1,401.85 | 0.00 |
| 038 | WASHINGTON MUTUAL | 650.00 | 475.00 | 475.00 | 0.00 |
|  | Total Secured | 19,370.05 | 10,543.70 | 10,543.70 | 54.29 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARVARD COMMUNITY CREDIT UNION | 1,437.13 | 0.00 | 0.00 | 0.00 |
| 005 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFFILIATED EAR, NOSE & THROAT PHYS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALGONQUIN RAOD SURGERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ANESTHESIA ASSOCIATION OF WOODSTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLAINS'S FARM-N-FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANCIAL | 1,659.29 | 0.00 | 0.00 | 0.00 |
| 012 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DELL FINANCIAL | 1,203.43 | 0.00 | 0.00 | 0.00 |
| 015 | DFS ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FMA ALLIANCE LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KEY FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS BANKRUPTCY SERVICE | 281.47 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 677.20 | 0.00 | 0.00 | 0.00 |
| 023 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 532.25 | 0.00 | 0.00 | 0.00 |
| 025 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RESURGENT CAPITAL SERVICES | 546.85 | 0.00 | 0.00 | 0.00 |
| 027 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDITORS BANKRUPTCY SERVICE | 310.66 | 0.00 | 0.00 | 0.00 |
| 031 | UNIVERISITY OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | UW HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | AFNI/VERIZON | 304.30 | 0.00 | 0.00 | 0.00 |
| 034 | WORLD FINANCIAL NETWORK NATIONAL BANK | 325.42 | 0.00 | 0.00 | 0.00 |
| 035 | VILLAGE OF CAPRON | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WORLD FINANCIAL NETWORK NATIONAL BANK | 532.65 | 0.00 | 0.00 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 613.03 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,423.68 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 29,157.73 | 11,907.70 | 12,485.61 | 54.29 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $12,539.90 |
| Trustee Allowance: | $839.54 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                 /s/ Lydia S. Meyer
                                                               Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/28/2008</u>            By <u>/s/Heather M. Fagan</u>